Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
ANDREW KLINK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANSICO DIVISION

| | |
|---|---|
| ANDREW KLINK,<br><br>        Plaintiff,<br><br>    vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>        Defendant. | **Case No.: 4:12-cv-01889-DMR**<br><br><br>NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, ANDREW KLINK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: June 12, 2012                    KROHN & MOSS LTD

                                        /s/ Ryan Lee
                                        Ryan Lee, Esq.
                                        Attorney for Plaintiff,
                                        ANDREW KLINK

1

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on June 12, 2012, I electronically filed the foregoing Notice of

3

Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June

4

12, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF

5

system.

6

7

8

9

                    By:    <u>/s/ Ryan Lee</u>

10

                             Ryan Lee, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT