# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANDREW KLINK,

        Plaintiff(s),                    No. C 12-1889 PJH

   v.                                 **ORDER OF DISMISSAL**

NORTHSTAR LOCATION SERVICES, LLC,

        Defendant(s).
_____/

     The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

     If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.

     IT IS SO ORDERED.

Dated: July 27, 2012

                                                                       _____
                                                                    PHYLLIS J. HAMILTON
                                                                    United States District Judge